**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James Carroll | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 25-10855 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
14 Mar 2025, 15:40:46, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: f60b5d2c6475a81f7fca426dd10ad642a55b37d2424fc3c6e12f3a240da7f2ba