### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JAMES CARROLL | : CHAPTER 13 |
| | | : |
| | | : |
| | DEBTOR | : Bankruptcy No. 25-10855AMC |

### CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Approve Loan Modification
- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 7/25/25        /Zachary Perlick/
                     Zachary Perlick, Esquire
                     1420 Walnut Street, Suite 718
                     Philadelphia, PA  19102
                     (215) 569-2922
                     zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

DENISE ELIZABETH CARLON
KML Law Group, P.C.
701 Market Street

Suite 5000
Philadelphia, PA 19106
215 627 1322
dcarlon@kmllawgroup.com
Creditor

Via: X CM/ECF    ___1st Class Mail ____Certified Mail ____e-mail:_____ __ Other:

Scott F. Waterman, Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

James Carroll
6704 Dicks Street
Philadelphia, PA 19142
Debtor

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other: