UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JAMES CARROLL | : Bankruptcy No. 25-10855 |
| | | : |
| | | : |
| | DEBTOR | : Chapter 13 |

## CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Amended Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 8/7/25

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922
zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215 627 1322
dcarlon@kmllawgroup.com
Creditor

Via: X CM/ECF ___1st Class Mail ___Certified Mail ___e-mail:_____ __ Other:

Scott F. Waterman, Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

James Carroll
6704 Dicks Street
Philadelphia, PA 19142
Debtor

Via: __CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: __CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

8/6/25, 1:31 PM  Case 25-10855-amc   Doc 18   Filed 08/07/25   Entered 08/07/25 10:49:17   Desc Main
Document   Page 3 of 4
Live Database Area

25-10855-amc James Carroll

**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Chief Judge:** Ashely M. Chan
**Date filed:** 03/03/2025 **Date of last filing:** 07/25/2025

# Creditors

| | |
|---|---|
| **LVNV Funding, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (14983826)<br>(cr) |
| **P.G.W.**<br>800 W. Montgomery Ave.<br>Philadelphia, PA 19122-0050 | (14983827)<br>(cr) |
| **Pennsylvania Housing Finance Agency**<br>c/o Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | (14987986)<br>(ntcapr) |
| **Pennsylvania Housing FInance Agency**<br>211 N. Front Street<br>POB 15206<br>Harrisburg, PA 17105-5057 | (14983828)<br>(cr) |
| **PENNSYLVANIA HOUSING FINANCE AGENCY**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (14987742)<br>(ntcapr) |
| **PHFA**<br>211 North Front Street<br>Harrisburg, PA 17101 | (14996881)<br>(cr) |
| **Police & Fire Federal Credit Union**<br>One Greenwood Square<br>3333 Street Road<br>Bensalem, PA 19020 | (14994088)<br>(cr) |
| **Police & Fire Federal Credit Union**<br>901 Arch Street<br>Philadelphia, PA 19107-2495 | (14983829)<br>(cr) |
| **Water Revenue Bureau**<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | (15036365)<br>(cr) |

**PACER Service Center**

| Transaction Receipt |||||
|---|---|---|---|---|
| 08/06/2025 13:31:42 |||||
| PACER Login: | Ireland1969 | Client Code: | ||
| Description: | Creditor List | Search Criteria: | 25-10855-amc Creditor Type: All ||
| Billable Pages: | 1 | Cost: | 0.10 ||