| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-10855-AMC**

James Carroll
6704 Dicks Street
Philadelphia  PA    19142

Petition Filed Date: 03/03/2025
341 Hearing Date: 04/11/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2025 | $250.00 | | 05/06/2025 | $250.00 | | 06/11/2025 | $250.00 | |
| 07/15/2025 | $250.00 | | | | | | | |

**Total Receipts for the Period: $1,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $1,348.18 | $0.00 | $0.00 |
| 2 | POLICE & FIRE FCU<br>»»  002 | Unsecured Creditors | $10,519.29 | $0.00 | $0.00 |
| 3 | POLICE & FIRE FCU<br>»»  003 | Unsecured Creditors | $5,109.12 | $0.00 | $0.00 |
| 4 | PHFA/HEMAP<br>»»  004 | Mortgage Arrears | $49,378.62 | $0.00 | $0.00 |
| 5 | PHILADELPHIA GAS WORKS<br>»»  005 | Unsecured Creditors | $6,309.69 | $0.00 | $0.00 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $475.78 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10855-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $55.00 | Total Plan Base: | $8,750.00 |
| Funds on Hand: | $945.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.