## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JAMES CARROLL | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | Bankruptcy No. 25-10855AMC |

ORDER

AND NOW, this 4th day of Sept., 2025, it is hereby ORDERED that if JAMES CARROLL(the "DEBTOR") and Pennsylvania Housing Finance Agency, LP. ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the previous provisions of 11 U.S.C. 362.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED BANKRUPTCY JUDGE