Case 25-10855-amc    Doc 24    Filed 09/08/25    Entered 09/08/25 14:23:42    Desc Main
Document        Page 1 of 1

L.B.F. 3015-6A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: _James Carroll_                 :        Chapter

                                       :
          **Debtor(s)**                :        Bky. No. _25-10855_

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:** _____        _____
                                 [name]
                                 Attorney for Debtor(s)

**Date:** 9-8-25                 _James J. Carroll Sr._____
                                 [name]
                                 Debtor

**Date:** _____        _____
                                 [name]
                                 Debtor

-19-